# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 07-3131**                                **September Term, 2013**

04cr00379-01
1:04-cr-00379-RCL-2

**Filed On: October 4, 2013** [1459476]

United States of America,

       Appellee

   v.

Gerald W. Eiland,

       Appellant

------------------------------

Consolidated with 11-3001

    **BEFORE:** Chief Judge Garland, and Circuit Judges Rogers and Brown

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on October 4, 2013 at 11:06 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

   Eric H. Kirchman (Court Appointed), counsel for Appellant Eiland.

   Dennis M. Hart (Court Appointed) , counsel for Appellant Miller.

   Katherine M. Kelly (AUSA), counsel for Appellee USA.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                                   BY:     /s/
                                                     Shana E. Thurman
                                                     Deputy Clerk